## WESLEY v. CITY OF NEW YORK. (No. 7670.)

(Supreme Court, Appellate Division, First Department. July 9, 1915.)

MUNICIPAL CORPORATIONS ☞1021, 1022—CLAIM AGAINST CITY—VERIFIED STATEMENT.

The service on the comptroller of a typewritten paper, with a typewritten signature and without venue, was not a sufficient compliance with New York City Charter (Laws 1901, c. 466) § 261, which requires a verified statement showing in detail the property alleged to have been damaged or destroyed, and the value thereof.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. § 2193; Dec. Dig. ☞1021, 1022.]

Appeal from Appellate Term, First Department.

Action by Thomas H. Wesley against the City of New York. From determination of the Appellate Term (151 N. Y. Supp. 587), affirming a judgment of the Municipal Court, plaintiff appeals. Affirmed.

See, also, 152 N. Y. Supp. 1148.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Gilbert Ray Hawes, of New York City, for appellant.
Charles J. Nehrbas, of New York City, for respondent.

PER CURIAM. We do not agree with the Appellate Term in the reasoning upon which it affirmed this judgment, but according to the evidence it appears that no verified claim was served upon the comptroller, as required by the charter. All that was served upon him was a typewritten paper, with a typewritten signature and without venue. We do not think that that was a sufficient compliance with the provision of section 261 of the charter of the city of New York, which requires a verified statement showing in detail the property alleged to have been damaged or destroyed and the value thereof.

The determination appealed from should therefore be affirmed, with costs. Order filed.